AO 245B (Rev. 6/05) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## District of North Dakota
### Northeastern Division

UNITED STATES OF AMERICA

v.

**Peter James Smith**

**JUDGMENT IN A CRIMINAL CASE**

Case Number:     **2:08CR34-01**

USM Number:      09963-059

Christopher Lancaster
Defendant's Attorney

**THE DEFENDANT:**

was found guilty by a jury on September 15, 2008, on counts ONE (1) and TWO (2) of the Indictment.

Accordingly, the defendant is adjudged guilty of such counts, which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 2241(c) & 1153 | Sexual Abuse of a Child | 4/27/08 | 1 |
| 18:2241( c)  & 1153 | Sexual abuse of a child | 4/27/08 | 2 |

The defendant is sentenced as provided in pages 1 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $200.00, for counts 1 and 2 of the Indictment, which shall be due immediately.  Said special assessment shall be made to the Clerk, U.S. District Court, Quentin N. Burdick U.S. Courthouse, 655 1st Avenue North, Suite 130, Fargo, North Dakota 58102.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

December 12, 2008
Date of Imposition of Judgment

Signature of Judicial Officer

**RALPH R. ERICKSON**, United States District Judge
Name & Title of Judicial Officer

Dec 23, 2008
Date

AO 245B (Rev. 3/04)  Sheet 2 - Imprisonment

CASE NUMBER:      2:08CR34-01                                              Judgment - Page 2  of  4
DEFENDANT:         Peter James Smith

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 360 months.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____  to  _____

—

at _____ , with a certified copy of this judgment.

_____
                                                      UNITED STATES MARSHAL

By  _____
                                                      Deputy U.S.  Marshal

AO 245B (Rev. 06/05)   Sheet 3 - Supervised Release

| | | |
|---|---|---|
| CASE NUMBER: | 2:08CR34-01 | Judgment - Page 3 of 4 |
| DEFENDANT: | Peter James Smith | |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of LIFE.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the court.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

The defendant has been convicted of an offense listed in the DNA Analysis Backlog Elimination Act of 2000 or the Justice for All Act of 2004. These acts require the defendant to cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties page of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

*For sex offenses committed on or after November 26, 1998:*

That the defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the supervising probation officer. the probation officer will provide the state officials with any and all information required by the state sex offender registration agency and may direct the defendant to report to that agency personally for additional processing, such as photographing and fingerprinting.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 06/05)  Sheet 3 - Supervised Release

CASE NUMBER:       2:08CR34-01                                                          Judgment - Page 4  of  4
DEFENDANT:         Peter James Smith

# SPECIAL CONDITIONS OF SUPERVISION

1.   The defendant shall totally abstain from the use of alcohol and controlled substances, unless prescribed by a licensed medical practitioner.

2.   The defendant will submit to random substance abuse testing as directed by the supervising probation officer.

3.   The defendant shall participate in a treatment program for alcohol and drug use as approved by the supervising probation officer.

4.   The defendant shall participate in a psychological/psychiatric counseling and/or a sex offender treatment program, which may include inpatient treatment as approved by the supervising probation officer. The defendant shall abide by all rules, requirements, and conditions of such program, including submissions to risk assessment evaluation(s) and physiological testing, such as a polygraph and Abel testing, and shall take all prescribed medication.

5.   The defendant shall grant a limited waiver of his right of confidentiality in any records of mental health treatment imposed as a consequence of this judgment to allow the treatment provider to provide information to the supervising probation officer to monitor the defendant's progress. The supervising probation officer shall disclose the presentence report and/or any previous sex offender or mental health evaluations to the treatment provider.

6.   The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the supervising probation officer. The supervising probation officer will provide the state officials with any and all information required by the state sex offender registration agency and may direct the defendant to report to that agency personally for additional processing, such as photographing and fingerprinting.

7.   The defendant shall not contact the victim by any means, including in person, by mail or electronic means, or via third parties without written permission of the Court. If any contact occurs, the defendant shall immediately leave the area of contact, and immediately report the contact to the supervising probation officer.

8.   The defendant shall have no access to a computer connected to the Internet without the permission of his supervising probation officer.

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed) _____     _____
         Defendant                                                            Date


         _____     _____
         U.S. Probation Officer/Designated Witness                             Date